# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MOHAMMED ABDIKRARIM ISSACK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:16-cv-2022-KOB-JEO |
| JEFF B. SESSIONS[1], Attorney General of | ) |
| the United States, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for writ of habeas corpus brought pursuant to

28 U.S.C. § 2241 by Mohammed Abdikarim Issack ("Petitioner"). Petitioner

challenges the legality of his continued detention by federal immigration

authorities pending his removal under the Immigration and Nationality Act. (*See*

Doc. 1). Respondents have now filed a motion to dismiss the action as moot, on

the ground that Petitioner has been removed from the United States. (Doc. 8).

Respondents' motion is supported by a declaration by a Supervisory

Detention and Deportation Officer who states that Petitioner was removed from

---

[1]When the Petitioner filed this action in December 2016, he named as a respondent Loretta Lynch, who was then the Attorney General of the United States. Lynch, however, has since been replaced in that post by Jeff Sessions. As such, Sessions is due to be substituted for Lynch as a respondent. *See* FED. R. CIV. P. 26(d). The Clerk is hereby **DIRECTED** to make such substitution formal on the docket sheet.

the United States on March 9, 2017. (Doc. 8-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

DONE and ORDERED this 11th day of October, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE